## CARLOS ELIECER BANGUERA MOSQUERA
Tecnólogo en Operaciones Portuarias

CERTIFICA:

Por medio de la presente me permito informar que tuve la oportunidad de laborar con el señor **CARLOS ANDRES MOSQUERA MURILLO**, identificado con cedula de ciudadanía numero 16.947.281 expedida en Buenaventura, en la zona Portuaria de Buenaventura desde febrero del 2018 hasta febrero del 2020, por lo que lo conozco amplia y detalladamente y puedo asegurar que es una persona integra, sería responsable, comprometida y apta para cualquier actividad que se le encomiende. Además, siempre mostro buena disposición para realizar tanto sus tareas como para auxiliar en cualquier imprevisto.

Por lo anterior, no tengo ningún inconveniente en certificar. Extiendo la presente para los efectos que al interesado convenga.

Para cualquier referencia o información adicional, quedo a sus órdenes.

Dado en Buenaventura a los doce (12) días del mes de octubre del año (2021) dos veintiunos

CARLOS ELIECER BANQUERA MOSQUERA
CC.N.1.113.621.536 Palmira
Teléfono.3147952178
Correo: Carlitosdrogba@hotmail.com

Escaneado con CamScanner

CARLOS ELIECER BANGUERA MOSQUERA

Technologist in Port Operations

CERTIFIES:

Through the present I permit myself to inform you that I had the opportunity to labor with Mr. Mr. CARLOS ANDRES MOSQUERA MURILLO, identified with cedula of citizenship 16.947.281, from Special District of Buenaventura, in the zone Port of Buenaventura since February of 2018 to February 2020, from what I know broadly and detailed and can assure that he is an integral person, serious responsible, committed and suitable for any activity that he is entrusted with. Additionally, he always demonstrated good disposition to realize both his tasks as well as help you in any unforeseen event.

For the above, I do not have any inconvenience to certify. I extend the present this for the purposes that the interested party agrees.

For any additional reference or information, I remain at your orders.

Given in Buenaventura this twelfth (12$^{th)}$) day of the month of October of the year (2021) twenty twenty-one.

/s/ Carlos Eliecer Banquera Mosquera